1

2

3

4

5

6

7

8
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9
AT TACOMA

10
PATRICE FORTUNE,

11
                    Plaintiff,                                CASE NO.      C04-5818RBL

12
        v.                                                   ORDER

13
JO ANNE B. BARNHART, Commissioner of
Social Security Administration,

14

15
                    Defendant.

16

17
        The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J.

18
Kelley Arnold, United States Magistrate Judge, and objections to the report and recommendation, if any,

19
and the remaining record, does hereby find and ORDER:

20
        (1)     The Court adopts the Report and Recommendation;

21
        (2)     The administrative decision is AFFIRMED; and

22
        (3)     The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel

23
                and Magistrate Judge J. Kelley Arnold.

24

25
        DATED this 4th day of January, 2006.

26

27

28
                                        RONALD B. LEIGHTON
                                        UNITED STATES DISTRICT JUDGE

ORDER
Page - 1